# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### Laredo Division

UNITED STATES OF AMERICA

V.

**Daniel Rodriguez**
**Laredo, Texas**

## CRIMINAL COMPLAINT

CASE NUMBER: 5:14mj1286-1

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 06, 2014 in Webb County, in the Southern District of Texas, defendant

**after being convicted in a court of law for a felony crime punishable by imprisonment for a term exceeding one year, illegally possess a firearm that had previously traveled in and affected interstate commerce,**

in violation of Title **18** United States Code, Section **922(g) (1)**.

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

On October 03, 2014, Agents with ATF and Officers with the Laredo Police Department executed a Search Warrant at the residence of Daniel RODRIGUEZ W/M, DOB: [redacted] located a[redacted] Upon making entry into the residence, Officers and Agents found RODRIGUEZ in possession a loaded Smith & Wesson .40 caliber pistol, Model: SW40VE, SN#: DPS0031. In addition, Officers and Agents found approximately 3.5 grams of cocaine and 2.8 grams of heroin broken up for street level distribution on RODRIGUEZ's person. A records check revealed that RODRIGUEZ was previously convicted out of the U.S. District Court, Southern District of Texas, Laredo Cause Number: 5:07CR00823-001 for Felon in Possession of a Firearm and out of the 49th Judicial District Court, Webb County, Texas, Cause Number: 98CRR280 for Aggravated Robbery. The above-mentioned firearm was examined and it was determined that it had previously traveled in and affected interstate commerce.

Continued on the attached sheet and made a part hereof:   ☐ YES   ■ NO

_____
ATF Special Agent Kendall Jones
Signature of Complainant

Sworn to before me and subscribed in my presence,
and I find probable cause.

October 06, 2014                    at    Laredo, Texas
Date                                       City and State

J. Scott Hacker, United States Magistrate Judge
Name and Title of Judicial Officer         Signature of Judicial Officer